## United States Bankruptcy Court
## Eastern District of New York

In re   Adam Developers Enterprises, Inc.                              Case No.
                                    Debtor.                             Chapter    11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Iqbal Ahmad, declare under penalty of perjury that I am the President of Adam Developers Enterprises, Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 23d day of August, 2016.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Iqbal Ahmad, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Iqbal Ahmad, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Iqbal Ahmad, President of this Corporation is authorized and directed to employ Gabriel Del Virginia, Esq. GDV-4951, attorney and the law firm of LAW OFFICES OF GABRIEL DEL VIRGINIA to represent the corporation in such bankruptcy case."

Date   8/23/2016                              Signed   *Iqbal Ahmad*
                                                       Iqbal Ahmad

# Resolution of Board of Directors
## of
## Adam Developers Enterprises, Inc.

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Iqbal Ahmad, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Iqbal Ahmad, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Iqbal Ahmad, President of this Corporation is authorized and directed to employ Gabriel Del Virginia, Esq. GDV-4951, attorney and the law firm of LAW OFFICES OF GABRIEL DEL VIRGINIA to represent the corporation in such bankruptcy case.

Date  August 23, 2016               Signed  *Iqbal Ahmad*
                                            Iqbal Ahmad