UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:                                                                                    Case# 16-43823-cec
                                                                                               Hon. Carla E. Craig

       ADAM DEVELOPERS ENTERPRISES, INC.,

       Debtor.
-------------------------------------------------------------------X

### NOTICE OF MOTION OF THE NEW YORK STATE OFFICE OF PARKS, RECREATION AND HISTORIC PRESERVATION FOR A DETERMINATION THAT THE AUTOMATIC STAY DOES NOT APPLY TO THE STATE CONTRACT, OR, IN THE ALTERNATIVE, FOR RELIEF FROM THE AUTOMATIC STAY

**PLEASE TAKE NOTICE** that upon the annexed Motion and declaration of Stephen McCorkell in support thereof, both dated November 22, 2016, the New York State Office of Parks, Recreation and Historic Preservation ("Parks") will move before the Honorable Carla E. Craig, United States Bankruptcy Judge, at the United States Bankruptcy Court, Eastern District of New York, Conrad B. Duberstein Courthouse, 271-C Cadman Plaza East, Brooklyn, NY 11201-1800, on December 14, 2016, at 2:00 p.m., for entry of an order determining that the automatic stay does not apply to a contract between the debtor Adam Developers Enterprises and Parks. In the alternative, Parks requests relief from the automatic stay.

**PLEASE TAKE FURTHER NOTICE**, that answering papers, if any, must (i) conform to the requirements of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules of the United States Bankruptcy Court for the Southern District of New York; and (ii) be served by **e-mail** and **mail** upon the Office of the Attorney General, State of New York, counsel for Parks, 120 Broadway, 24th Floor, New York, New York 10271, Attention: Paulina Stamatelos, Assistant Attorney General; and filed with the Clerk of the Bankruptcy Court on or before **5 p.m. December 7, 2016**, and reply papers, if any, must be served on or before **December 12, 2016**.

Dated: November 23, 2016
New York, New York

        ERIC T. SCHNEIDERMAN
        Attorney General of the
        State of New York
        Attorney for The New York State
        Office of Parks, Recreation and
        <u>Historic Preservation</u>

        By:<u>/s/ Paulina Stamatelos</u>
        Paulina Stamatelos (PS-5174)
        Assistant Attorney General
        120 Broadway - 24th Floor
        New York, New York 10271
        (212) 416-8659
        Paulina.Stamatelos@ag.ny.gov

To:

Gabriel Del Virginia
30 Wall Street,
12th Floor
New York, NY 10005
(212) 371-5478
gabriel.delvirginia@verizon.net
Attorney for the Debtor

William Curtin
Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014